873. ZUBER *v.* CENTRAL OF GEORGIA RAILWAY COMPANY.

HILL, C. J. This case is controlled by the decision of this court, this day rendered, in the case of *Smith & Simpson Lumber Company* v. *Louisville & Nashville Railroad Company,* ante.

*Judgment affirmed.*

Certiorari, from Fulton superior court—Judge Pendleton. November 5, 1907.

Argued February 4,—Decided September 28, 1908.

*Moore & Pomeroy, W. W. Hood,* for plaintiff.

*Lamar Rucker,* for defendant.